**IT IS ORDERED as set forth below:**



Date: August 1, 2022

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52452-WLH |
| | : | |
| BRANDY JASMINE HILL, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL, SUBJECT TO OBJECTION**

This matter is before the Court on the *Application to Employ Special Counsel* [Doc. No. 20] (the "**Application**"), in which S. Gregory Hays, as Chapter 7 Trustee (the "**Trustee**"), seeks to employ the law firm of The Brown Firm, LLC ("**Special Counsel**") to represent the bankruptcy estate (the "**Estate**") with respect to any and all claims outstanding for injuries and losses resulting from a personal injury claim of the Estate.

18459622v1

The Court has read and considered the Application along with the Rule 2014 verification of Special Counsel attached thereto. It appears that Special Counsel has no potential conflicts of interest and does not represent an interest adverse to the Estate and that Special Counsel's retention as special counsel would be in the best interests of this Estate and its creditors. Now, therefore, it is hereby

**ORDERED** that the Trustee is authorized to retain Special Counsel for the purposes and on the terms and conditions set forth in the Application. It is further

**ORDERED** that no attorney's fees or reimbursement of expenses may be paid to Special Counsel without appropriate application to the Bankruptcy Court, after notice and hearing, pursuant to 11 U.S.C. §330(a). It is further

**ORDERED** that this Order is entered subject to written objection of the United States Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. Any objection to this Order shall be served on the United States Trustee, Trustee, and proposed special counsel for Trustee. If an objection is timely filed, then Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's open Calendar Procedures, and shall provide notice of such hearing to the United States Trustee, proposed special counsel, and the objecting party.

**[END OF DOCUMENT]**

18459622v1

**Draft order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP

By:*/s/ Michael J. Bargar*
       Michael J. Bargar
       Georgia Bar No. 645709
171 17th Street, NW, Suite 2100
Atlanta, GA  30363
(404) 873-8500

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Bobby Shane Palmer
The Semrad Law Firm
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303

Brandy Jasmine Hill
5317 Riverwalk Place, Apartment E
Atlanta, GA 30349

Charles Rauton
The Brown Firm, LLC
1 Diamond Causeway
Suite 21 #289
Savannah, GA 31406

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA  30363-1031

18459622v1