IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          {    CHAPTER 7
                                                {
BRANDY JASMINE HILL,                            {    CASE NO. 22-52452-wlh
                                                {
       Debtor.                                  {

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the Notice Setting Deadline for Filing Proofs of Claim upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Arrowhead Clinic
P.O. Box 2899
Peachtree City, GA 30269

Spectrum Health Systems, Inc.
83 Upper Riverdale Rd
Riverdale, GA 30274

Onyx Imaging
1365 Rock Quarry Rd
Suite 101
Stockbridge, GA 30281

I further certify that, by agreement of parties, S. Gregory Hays, Chapter 7 Trustee, and United States Trustee, were served via ECF.

This ___9th___ day of _August_ 2022.

Lauren A. Drayton 876061
The Semrad Law Firm, LLC
235 Peachtree St NE
Suite 300
Atlanta, GA 30303
(678) 668-7160
Attorney for Debtor