**IT IS ORDERED as set forth below:**



**Date: December 12, 2022**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52452-WLH |
| | : | |
| BRANDY JASMINE HILL, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER GRANTING TRUSTEE'S APPLICATION FOR
FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SPECIAL
COUNSEL AND REQUEST FOR AUTHORIZATION TO PAY SAME**

On November 14, 2022, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Brandy Jasmine Hill ("**Debtor**"), filed *Trustee's Application for Final Compensation and Reimbursement of Expenses of Special Counsel and Request for Authorization to Pay the Same* [Doc. No. 30] (the "**Application**").

In the Application, Trustee seeks final approval of compensation and expenses of the Brown Firm, LLC ("**Special Counsel**") for fees in the amount of $26,350.00 and expenses in the amount of $71.38 for services rendered in the prosecution of the Personal Injury Claim.[1] In addition, Trustee requests authority to pay the allowed fees and expenses of Special Counsel from the $85,000.00 Settlement Funds.

Also on November 14, 2022, Trustee filed *Notice of Pleadings, Deadlines to Object, and for Hearings* [Doc. No. 31] (the "**Notice**") regarding, among other things, the Application, in accordance with the Second Amended and Restated General Order No. 24-2018. Trustee certifies that he served the Notice on all requisite parties in interest on November 14, 2022. [Doc. No. 32].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in the Second Amended and Restated General Order No. 24-2018. No objection to the Application was filed prior to the objection deadline provided in the Notice.

The Court having considered the Application and all other matters of record, including the lack of objection to the relief requested in the Application, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having applied the standards set forth in *Norman v. Housing Authority for the City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988) and 11 U.S.C. §§ 330 and 331 and having reviewed the Application and the supporting documents, and based on the representations of the Trustee in the Application, it appearing to the Court that the compensation for services rendered and reimbursement of expenses requested are reasonable; and the Court having found that good cause exists to grant the relief requested in the Application, it is hereby

---

[1] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Application.

**ORDERED** that the Application is **GRANTED**: Special Counsel is awarded the sum of $26,350.00 as attorney's fees and this award is made final, and it is awarded $71.38 as reimbursement for expenses incurred in the representation of Trustee and the Bankruptcy Estate. It is further

**ORDERED** that Trustee is authorized to pay, or to cause to be paid, these amounts to Special Counsel.

### [END OF DOCUMENT]

**Order prepared and presented by:**

ROUNTREE LEITMAN KLEIN & GEER LLC
*Attorneys for Trustee*

By:/s/ *Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
Telephone: (404) 410-1220; mbargar@rlkglaw.com

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Ste. 555
Atlanta, GA 30305

Bobby Shane Palmer
The Semrad Law Firm, LLC
235 Peachtree Street NE, Suite 300
Atlanta, GA 30303

Brandy Jasmine Hill
5317 Riverwalk Parkway, Apt. E
Atlanta, GA 30349

Charles Rauton
The Brown Firm, LLC
1 Diamond Causeway
Suite 21 #289
Savannah, GA 31406

Oasis Legal Finance, LLC
Attn: Controller
P.O. Box 773383
Chicago, IL 60677

Arrowhead Clinic
P.O. Box 2899
150 Huddleston Road, Suite 1500
Peachtree City, GA 30269

Spectrum Health Services
P.O. Box 3505
Peachtree City, GA 30269

Golden Glove Capital, LLC
P.O. Box 3071
Peachtree City, GA 30269

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Ste. 350
Atlanta, GA 30329